**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**PENNY J. TENPENNY,**<br><br>**Defendant.** | **PO-26-5195-GF-JTJ**<br><br>**VIOLATION:**<br>**E2028782**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violation E2028782 and quash the bench warrant and for good cause shown,

**IT IS ORDERED** that violation E2028782 is **DISMISSED** and the bench warrant is **QUASHED**.

DATED this 10th day of November 2026.

John Johnston
United States Magistrate Judge